AO 442 (Rev. 4/97) Warrant for Arrest

# UNITED STATES DISTRICT COURT

### DISTRICT OF
### MASSACHUSETTS

UNITED STATES OF AMERICA

v.

**PEDRO SANTOS, A/K/A "MARIO"**

WARRANT FOR ARREST
Case Number: _5m – 1025 - JGD_

To: The United States Marshal
and any Authorized United States Officer

*(stamp:)* RECEIVED U.S. MARSHAL SERVICE BOSTON, MA 2005 FEB 14 A 9: 58

YOU ARE HEREBY COMMANDED to arrest   **PEDRO SANTOS, A/K/A "MARIO"**

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ INDICTMENT   ☐ INFORMATION   ☐ COMPLAINT   ☐ ORDER OF COURT   ☐ VIOLATION OF NOTICE   ☐ PROBATION VIOLATION PETITON

CHARGING HIM OR HER WITH  (brief description of offense)

**Conspiracy to distribute controlled substances, to wit: (i) more than 50 grams of cocaine base, a/k/a "crack cocaine"; and, (ii) cocaine, both Schedule II substances**

in violation of Title __21__ United States Code, Section(s) __846__ .

_Judith Gail Dein_
Name of Issuing Officer

_U.S. Magistrate Judge_
Title of Issuing Officer

_Judith Gail Dein_
Signature of Issuing Officer

_Boston, MA;  February 14, 2005_
Date and Location

Bail fixed at $ _____   BY _____

| RETURN | | |
|---|---|---|
| THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT AT_____ | | |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
|  | WARRANT EXECUTED BY _EJT_ ARREST/ARRAIGNMENT OF THE DEFENDANT ON ___2/15/05___ |  |
| DATE OF ARREST |  |  |

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:    PEDRO SANTOS

ALIAS:    MARIO

LAST KNOWN RESIDENCE:    5 MAPLE STREET, APT. 9, HAVERHILL, MA

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____NY_____

DATE OF BIRTH: _____5/15/75_____

SOCIAL SECURITY NUMBER:    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

HEIGHT: ___5'10"_____    WEIGHT: ___180_____

SEX: _____male_____    RACE:    HISPANIC

HAIR: _____BR_____    EYES: _____BR_____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: ___FBI___